UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JT Cleary, Inc.

Plaintiff,

-v-

Narragansett Electric Company d/b/a National Grid PLC,

Defendant.

Case No. 1:22-cv-04533

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for JT Cleary, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: June 2, 2022

**Signature of Attorney**

**Attorney Bar Code:** KD3235