UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JT CLEARY, INC., <br><br>                 Plaintiff, <br><br> -against- <br><br> NARRAGANSETT ELECTRIC COMPANY D/B/A NATIONAL GRID PLC, <br><br>                 Defendant. | Case No. 1:22-cv-04533 (JLR) <br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of the parties' joint letter, dated September 28, 2022, filed in response to the Court's September 14, 2022 Reassignment Order. ECF No. 44. In light of the parties' ongoing discussions related to narrowing the dispute and settlement, the parties' request to extend the discovery dates is granted in part. Accordingly, IT IS HEREBY ORDERED that, absent leave of Court, the parties shall adhere to the following discovery deadlines:

1. No additional parties may be added nor amended pleadings filed after **October 21, 2022**.

2. All fact discovery must be completed by **April 20, 2023**.

    a. All interrogatories must be served by **April 13, 2023**.

    b. Documents responsive to the parties' Requests for Production of Documents shall be provided to the requesting party by **March 9, 2023**.

3. All expert discovery must be completed by **June 10, 2023**.

    a. The parties shall meet and confer regarding a schedule for expert disclosures, provided that expert report(s) of the party with the burden of proof shall be due before those of the opposing party's expert(s), no later than **March 21, 2023**.

4. The parties shall file pre-motion letters regarding dispositive motions, in accordance with the Court's Individual Rule 3.I, no later than **June 12, 2023**.

5. The parties shall appear for a pre-motion conference, or a conference to set a trial schedule should the parties not file any pre-motion letters, on **June 27, 2023**, at 10:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that, upon the written consent of the parties, the interim deadlines delineated in 2(a), 2(b), and 3(a) of this Order may be extended without application to the Court, provided the other deadlines do not change.

IT IS FURTHER ORDERED that the parties shall adhere to the previously-scheduled deadlines regarding the submission of status letters, including the February 3, 2023 deadline by which the parties shall advise the Court whether or not they request a referral for settlement discussions.

Dated: September 30, 2022
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge