UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JT CLEARY, INC.,

                                  Plaintiff,                    **22-cv-4533 (JLR) (VF)**

        -against-                              **<u>ORDER SCHEDULING</u>**
                                                                     **<u>TELEPHONIC CONFERENCE</u>**
NARRAGANSETT ELECTRIC COMPANY,
d/b/a NATIONAL GRID, PLC,

                                    Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

       A conference to address the issues raised at ECF Nos. 75. 76, and 77 is hereby scheduled for **<u>Tuesday, April 23, 2024, at 2:00 p.m.</u>** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

       The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 75 and 76.

       SO ORDERED.

DATED:    New York, New York
                March 25, 2024

                                                                      _____
                                                                      VALERIE FIGUEREDO
                                                                      United States Magistrate Judge