UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JT CLEARY, INC.,

                       Plaintiff,                        22-CV-4533 (JLR) (VF)

         -against-                      **ORDER RE-SCHEDULING**
                                                          **TELEPHONIC CONFERENCE**

NARRAGANSETT ELECTRIC COMPANY,
d/b/a NATIONAL GRID, PLC,

                       Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

The conference to address the issues raised at ECF Nos. 75, 76, and 77 is hereby re-scheduled for **Thursday, May 23, 2024, at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

Any reply briefing should be submitted no later than 3 business days before the conference. The remaining deadlines in the Case Management Plan at ECF No. 72 are stayed pending the resolution of the pending discovery disputes.

     **SO ORDERED.**

DATED:     New York, New York
                April 23, 2024

                                                                            _____
                                                                            VALERIE FIGUEREDO
                                                                            United States Magistrate Judge