UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JT CLEARY, INC.,

                                Plaintiff,                        22-cv-4533 (JLR) (VF)

        -against-                               **ORDER CANCELING**
                                                    **TELEPHONIC CONFERENCE**

NARRAGANSETT ELECTRIC COMPANY,
d/b/a NATIONAL GRID, PLC,

                                Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

The conference to address the issues raised in ECF Nos. 83 and 84 is scheduled for Tuesday, June 4, 2024, at 2:00 p.m. is hereby **cancelled.**

       **SO ORDERED.**

DATED:    New York, New York
                May 29, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge