UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JT CLEARY, INC.,

                       Plaintiff,              22-cv-4533 (JLR) (VF)

        -against-                    **ORDER SCHEDULING**
                                                  **TELEPHONIC CONFERENCE**

NARRAGANSETT ELECTRIC COMPANY,
d/b/a NATIONAL GRID, PLC,

                       Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

      A conference to address the issue raised at ECF No. 97 is hereby scheduled for **Tuesday, August 27, 2024, at 3:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      SO ORDERED.

DATED:    New York, New York
                August 5, 2024

                                                                    _____
                                                                    VALERIE FIGUEREDO
                                                                    United States Magistrate Judge