**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JT CLEARY, INC.,

                           Plaintiff,

               -against-

NARRAGANSETT ELECTRIC COMPANY,
d/b/a NATIONAL GRID, PLC,

                         Defendant.
-----------------------------------------------------------------X

**22-cv-4533 (JLR) (VF)**

**ORDER SCHEDULING**
**TELEPHONIC CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A conference to address the motion to strike, at ECF Nos. 93 and 94, is hereby scheduled

for **Thursday, September 19, 2024, at 2:00 p.m.** Counsel for the parties are directed to call

Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929;**

**access code [9781335].**

      **SO ORDERED.**

DATED:     New York, New York
            August 28, 2024

                                   _____
                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge