UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JT CLEARY, INC.,

                        Plaintiff,                      **22-cv-4533 (JLR) (VF)**

           -against-                          **ORDER**

NARRAGANSETT ELECTRIC COMPANY,
d/b/a NATIONAL GRID, PLC,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      As stated during the conference on August 27, 2024, the Court agreed to conduct an *in camera* review of 20 documents that Defendant had marked privilege, following a challenge raised by Plaintiff to Defendant's privilege designations. See ECF Nos. 85, 87, 97, 104. The Court reviewed the 20 documents jointly selected by the parties. Because Defendant's privilege designations were proper, no further relief is warranted.

      **SO ORDERED.**

DATED:    New York, New York
                 September 20, 2024

                                                                         _____
                                                                         VALERIE FIGUEREDO
                                                                         United States Magistrate Judge