UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JT CLEARY, INC.,

                        Plaintiff,                        **22-cv-4533 (JLR) (VF)**

        -against-                                    **ORDER**

NARRAGANSETT ELECTRIC COMPANY,
d/b/a NATIONAL GRID, PLC,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      At ECF No. 75, Defendant raised a dispute with Plaintiff's claim of privilege for three categories of documents. Still pending is Defendant's objections as it relates to Plaintiff's claim of privilege over communications concerning the delay in the Orsted project. Plaintiff submitted 77 e-mail communications for *in camera* review. Plaintiff is directed to produce the following documents to Defendant: PL001; PL026-PL027; PL028-PL029; PL041 (but only the first page of the pdf must be produced, the remainder can be withheld); PL107; PL148; PL150; PL157-158; PL207; and PL214.

      **SO ORDERED.**

DATED:    New York, New York
               December 18, 2024

                                                         _____
                                                         VALERIE FIGUEREDO
                                                         United States Magistrate Judge