UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JT CLEARY, INC.,<br><br>                              Plaintiff,<br><br>-against-<br><br>THE NARRAGANSETT ELECTRIC COMPANY,<br><br>                              Defendant. | Case No. 1:22-cv-04533 (JLR)<br>(VF)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On March 11, 2025, the parties informed the Court that they executed a written arbitration agreement on February 28, 2025, and jointly requested that the Court stay the action pending arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 3.  Dkt. 119.  It is hereby ORDERED that this action shall be stayed pending further Order of this Court.  All scheduled conferences are adjourned *sine die*.  It is further ORDERED that the parties shall file a joint status update with the Court three months from the date of this Order and every three months thereafter.

Dated: March 12, 2025
          New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge

1